FILED

2011 NOV 23 PM 12: 33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA
OCALA DIVISION

JOSE TORRES and
JANNETT TORRES,

    Plaintiff,

vs.

NIKOLAI MIKHAILENKO and
PLANET LOGISTICS, INC.,

    Defendants.
_____/

CASE NO:

5:11-CV-642-OC-10TBS

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

**To:** The Honorable Judges Of The United States District Court, Middle District of Florida

Defendants, NIKOLAI MIKHAILENKO and PLANET LOGISTICS, INC., by and through their attorneys, Law Office of Jack D. Evans, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal with respect to the action bearing Case No. 2011-CA-000005, filed in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, and, in support thereof, states as follows:

    1.    Plaintiff, JOSE TORRES and JANNETTE TORRES, filed a Complaint for damages against Defendants, NIKOLAI MIKHAILENKO and PLANET LOGISTICS, INC., in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, on or about January 3, 2011. A true and correct copy of the Complaint is attached as Composite Exhibit "A." Defendants, NIKOLAI MIKHAILENKO and PLANET LOGISTICS, INC., were served a copy of the Summons and Complaint. True and correct copies of the Notices

copies of the Notices of Service of Process and Summonses are attached hereto as composite Exhibit "B". Pursuant to 28 U.S.C. §1446(a), these documents constitute all of the process and orders that have been served upon Defendants, NIKOLAI MIKHAILENKO and PLANET LOGISTICS, INC., and available to the Defendants at this time in this matter. All other pleadings filed in this cause have been ordered and will be filed in this cause upon receipt.

2. In accordance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days after receipt of "other papers" provided by Defendants that the amount in controversy is in excess of $75,000.00, and further, has been filed within 1 year after commencement of the action.

3. Under 28 U.S.C. §1332, this Court has jurisdiction based upon complete diversity as follows:

   a. Plaintiffs, JOSE TORRES and JANNETT TORRES, are an individuals residing in the State of Florida.

   b. Defendant, PLANET LOGISTICS, INC., is a citizen of the State of New York (organized under the laws of the State of New York with its principal place of business in New York). The amount in controversy exceeds the minimum sum of $75,000 exclusive of interest and costs.

   c. Defendant, NIKOLAI MIKHAILENKO, is a citizen of the state of New York.

   d. The affidavit of counsel for PLANET LOGISTICS, INC., Kevin J. Kapusta, is attached hereto as Exhibit "C" in support of this Notice of

Removal.

4. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of the instant Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, and served on Plaintiffs' counsel.

5. The United States District Court for the Middle District of Florida, Ocala Division, has jurisdiction of this matter, as the Complaint was filed in a state court within this District.

WHEREFORE, Defendants, NIKOLAI MIKHAILENKO and PLANET LOGISTICS, INC., submit this Notice of Removal to the United States District Court for the Middle District of Florida and respectfully request that all further proceedings be held in this Court.

LAW OFFICE OF JACK D. EVANS

_____
Kevin J. Kapusta, Esquire, Trial Counsel
Florida Bar No. 933856
5401 W. Kennedy Boulevard., Suite 800
Tampa, Florida 33609
Telephone: (813) 287-7460
Facsimile: (855) 684-0270
Attorneys for Defendants
kkapusta@travelers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court and has been furnished by U.S. Mail to Hugh McDonnell, Esquire, 128 E. Livinston Street, Orlando, Florida 32801 and Simon Wiseman, Esquire, 1115 E. Livingston Street, Orlando, Florida 32803 this 23rd, day of November, 2011.

_____
KEVIN J. KAPUSTA, ESQ.

Notice of Removal USDCMD.docx