UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSE A. TORRES and JANNETT TORRES,

        Plaintiffs,

-vs-                                      Case No. 5:11-cv-642-Oc-10PRL

NIKOLAI MIKHAILENKO and PLANET LOGISTICS, INC.,

        Defendants.
_____/

**O R D E R**

This case is before the Court on the Parties' Joint Stipulation for Dismissal With Prejudice (Doc. 106). Pursuant to the Stipulation, and in accordance with Fed. R. Civ. P. 41(a)(1), the Clerk is directed to enter judgment dismissing this case WITH PREJUDICE, each Party to bear its own fees and costs. The Clerk is further directed to terminate all pending motions and to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 6th day of March, 2013.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
               Maurya McSheehy